IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

APR 0 8 2003

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| DIRECTV, INC., <br> Plaintiff | § § § | |
| V. | § § § | CIVIL ACTION B-03-055 |
| HENRY AYALA, ET AL <br> Defendants | § § § | |

### PLAINTIFF'S MOTION TO DESIGNATE ADDITIONAL COUNSEL

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, DIRECTV, INC. and hereby files this its Motion to Designate Additional Counsel and would respectfully show this honorable Court the following:

Plaintiff, DIRECTV, INC. is presently represented by Kelly-Ann F. Clarke of the law firm of Greer, Herz & Adams, L.L.P. Plaintiff, DIRECTV, INC. has requested Lecia L. Chaney of the law firm of Rodriguez, Colvin & Chaney, L.L.P. to serve as local counsel in this case with Ms. Clarke. Plaintiff, DIRECTV respectfully requests that all parties also serve all pleadings, discovery, motions, notices and requests upon Lecia L. Chaney, Rodriguez, Colvin & Chaney, L.L.P., 1201 E. Van Buren, P.O. Box 2155, Brownsville, Texas 78522, (956) 542-7441, Fax: (956) 541-2170.

Signed on April _____8_____, 2003.

Respectfully submitted,

RODRIGUEZ, COLVIN & CHANEY, L.L.P.

By: _____
Lecia L. Chaney
State Bar No. 00785757

1201 E. Van Buren St.
P.O. Box 2155
Brownsville, Texas 78522
Telephone: (956) 542-7441
Telefax    : (956) 541-2170

**Robert A. Swofford**
Federal ID No. 19403
St. Bar No. 00791765
**Kelly-Ann F. Clarke**
Federal ID No. 27195
St. Bar No. 24027929
**Joseph R. Russo, Jr.**
Federal ID No. 22559
St. Bar No. 24002879
**Joe A.C. Fulcher**
Federal ID No. 14126
St. Bar No. 07509320
**GREER, HERZ & ADAMS, LLP**
One Moody Plaza, 18th Floor
Galveston, Tx 77550
(409) 797-3200
(409) 766-6424