IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

APR 2 3 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| DIRECTV, INC., | § | |
| Plaintiff | § | |
| | § | |
| v. | § | C.A. No. B-03-55 |
| | § | |
| HENRY AYALA, ET AL., | § | |
| | § | |
| Defendants. | § | |

## ORDER

BE IT REMEMBERED that on April 22, 2003, the Court **GRANTED** Plaintiff's Motion to Designate Additional Counsel [Dkt. No. 4].

DONE this 22nd day of April 2003, at Brownsville, Texas.

Hilda G. Tagle
United States District Judge