# United States District Court

SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

AUG 0 7 2003

Michael N. Milby
Clerk of Court

DIRECTV, INC.

    Plaintiff

SUMMONS IN A CIVIL CASE:

VS.

CASE NUMBER: B-03-055

HENRY AYALA, PAUL CANTU,
CELINDA CARRANZA, OMAR
TREVINO A/K/A LINDA CORTEZ,
CHRISTOPHER DAVIS, THERESA
DECASTRO AND DAVID W. FANCHIER

    Defendants

TO:    THERESA DECASTRO
        7030 ADBURY DRIVE
        CORPUS CHRISTI, TX 78413

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY:

Greer, Herz & Adams, L.L.P.
One Moody Plaza
18th Floor
Galveston, TX 77550
(409) 797-3200

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael N. Milby, Clerk
    5-9-03

CLERK          DATE

BY DEPUTY CLERK

| **RETURN OF SERVICE** | | |
|---|---|---|
| Service of the Summons and complaint was made by me¹ | | DATE |
| NAME OF SERVER | | TITLE |

Check one box below to indicate appropriate method of service

☐     Served personally upon the defendant.
        Place where served:_____
_____

☐     Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
        Name of person with whom the summons and complaint were left:_____
_____

☐     Returned unexecuted:_____
_____
_____

☐     Other (specify):_____
_____
_____

*SEE ATTACHED ORIGINAL RETURN OF SERVICE* (stamp)

| **STATEMENT OF SERVICE FEES** | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____       _____
                *Date*                                                 *Signature of Server*

                                                                                  _____
                                                                                   *Address of Server*

## AFFIDAVIT OF SERVICE

COUNTY: FEDERAL     CASE # B-03-055     COURT

Clt. Ref.# ROBERT SWOFFO Clt.# 9460

DIRECTV, INC

VS

HENRY AYALA, PAUL CANTU, CELINDA CARRANZA, OMAR TREVINO A/K/A
LINDA CORTEZ, CHRISTOPHER DAVIS, THERESA DECASTRO AND
DAVID W FANCHIER

The documents came to hand for service on 06/27/03  Time: 10:00:00

Documents received for service:

**SUMMONS, COMPLAINT, CIVIL COVER SHEET,
ORDER FOR CONFERENCE**

United States District Court
Southern District of Texas
FILED
AUG 0 7 2003
Michael N. Milby
Clerk of Court

The documents were delivered on **07/01/03**  **Time: 20:20:00**

Executed at: 7030 Adbury Drive
            Corpus Christi, TX 78413
to the following: **Decastro, Theresa**

_X_ PERSONALLY delivering the document(s) to the person above.
___ SUBSTITUTE SERVICE per Order by delivering to _____ in person who is sixteen (16) years of age or older, at the above listed address which is the usual place of abode/business of the above named person.
___ POSTING per Order by securely affixing to the main entry way at the above address.

**AFFIDAVIT**

I, Charles Allen _____, am over the age of eighteen, and am neither a party to nor interested in the outcome of the above suit. I HAVE PERSONAL KNOWLEDGE OF THE FACTS SET FORTH ABOVE. I have never been convicted of a felony or misdemeanor involving moral turpitude in any state OR federal jurisdicition, and I have studied and am familiar with TEXAS RULES OF CIVIL PROCEDURE, VERNON'S TEXAS STATUTES, CIVIL PRACTICE AND REMEDIES CODE and all other applicable rules and statutes relating to service of citation and/or notices I am authorized by written order of the court to serve citations and other notices.

Service Fee: _____

Witness Fee Tendered: _____

STATE OF TEXAS}

Charles Allen
Professional Civil Process
317 Peoples Street Suite 400
P.O. Box 181293 (78480-1293)
Corpus Christi, Tx. 78401

**VERIFICATION**

Before me, a notary public, on this day personally appeared the above named authorized person known to me to be the person whose name is subscribed to the foregoing document and, being by me first duly sworn stated that he has personal knowledge of the facts set forth in the foregoing affidavit and declared that the facts therein contained are true and correct. Given my hand and seal of office this __1__ day of __July__ 200_3_.

PCP Inv. #C0603 304

NOTARY PUBLIC FOR THE STATE OF TEXAS



NOTARY PUBLIC STATE OF TEXAS
COMMISSION EXPIRES:
SEPTEMBER 14, 2006