*10*

UNITED STATES DISTRICT COURT        SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
FILED

APR 2 8 2003

Michael N. Milby
Clerk of Court

# MOTION AND ORDER
## FOR ADMISSION *PRO HAC VICE*

| | Brownsville | | B-03-055 |
|---|---|---|---|
| DIRECTV, INC. | | | |
| | | | |
| CELINDA CARRANZA, ET AL | | | |

This lawyer, who is admitted either to the State Bar of Texas or to another federal district court:

| | Michael J. Blanchard |
| | Royston, Rayzor, Vickery & Williams, LLP |
| | 55 Cove Circle |
| | Brownsville, Texas 78521 |
| | (956) 542-4377 |
| | Texas 24036231 |

**Seeks to appear as the attorney for this party:**

| CELINDA CARRANZA | |
|---|---|
| Dated: April 24, 2003 | Signed: /s/ M. Blanchard |

**ORDER**

This lawyer is admitted *pro hac vice*.

Signed on _____, _____.     _____
                                    United States District Judge

SDTX (d_prohac.ord)
02/03/98