*10*

UNITED STATES DISTRICT COURT    SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
FILED

APR 2 8 2003

Michael N. Milby
Clerk of Court

**MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE***

| | Brownsville | | B-03-055 |
|---|---|---|---|
| DIRECTV, INC. | | | |
| | | | |
| CELINDA CARRANZA, ET AL | | | |

This lawyer, who is admitted either to the State Bar of Texas or to another federal district court:

Michael J. Blanchard
Royston, Rayzor, Vickery & Williams, LLP
55 Cove Circle
Brownsville, Texas 78521
(956) 542-4377
Texas 24036231

*11*

United States District Court
Southern District of Texas
ENTERED

MAY 0 8 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

Seeks to appear as the attorney for this party:

CELINDA CARRANZA

Dated: April 24, 2003     Signed: _____

**ORDER**

This lawyer is admitted *pro hac vice*.

Signed on May 6, 2003    _____
United States District Judge

SDTX (d_prohac.ord)
02/03/98