United States District Court
Southern District of Texas
FILED

JUL 1 5 2003

Michael N. Milby
Clerk of Court

July 12, 2003

To Whom It May Concern:

My name is Theresa De Castro. I was served with a summon on July 1, 2003, case number B-03-055 053. I had no knowledge of this until these papers were given to me. I cannot afford an attorney to represent me I this civil case against Direct TV. If your kind office can appoint one for free it would be most helpful.

I would like to inform your office that I have been corresponding with the lawyers of Direct TV and have furnished them with my credit card statements and Time Warner Cable letter stating that I have been a subscriber since 1997. I also informed them that my credit card had been used before without my authorization (approx. 6 times) and furnished them with those statements too. I do not own or have the "Generic Unlooper" that they said I purchased.

Please advise me on what else to do. My home number is (361) 992-7508 work (361)881-3651 Fax (361) 883-0571.

Respectfully yours,

Theresa De Castro
Theresa De Castro

