18

Henry Ayala

# RETURN OF SERVICE

CAB-03-55

Service of the Summons and complaint was made by me[1] DATE

NAME OF SERVER  Jorge Delgado    TITLE Deputy Constable

Check one box below to indicate appropriate method of service

☑ Served personally upon the defendant.
Place where served: 904 W. St Charles

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

United States District Court
Southern District of Texas
FILED

JUL 18 2003

Michael N. Milby
Clerk of Court

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|--------|----------|-------|
|        |          |       |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  6/2/03
             Date

Signature of Server: Jorge Delgado

**ABEL PEREZ JR.**
Constable Pct. 2
Cameron County

Address of Server: 974 E. Harrison
Brownsville, Texas 78521

1. As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.