*Omar Trevino*   *CAB-03-55*

## RETURN OF SERVICE

*May 29, 2003*   *24*

Service of the Summons and complaint was made by me[1]   DATE

| NAME OF SERVER | TITLE |
|---|---|
| *Juan M. Aranda Jr.* | *Deputy Constable* |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant.
Place where served: *168 Lantana Cr. San Benito, Tx 78586*

☑ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: *Linda Cortez*

☐ Returned unexecuted: _____

United States District Court
Southern District of Texas
FILED

AUG 08 2003

Michael N. Milby
Clerk of Court

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on *29 May 03*
Date   *7:40 A.M.*

*J. M. Aranda Jr. Deputy Constable*
Signature of Server

*Cameron Co. Constable Pct. 3*
*650 E. Highway 77*
*San Benito, Tx 78586*
Address of Server

*Linda Cortez*

1. As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.