25

## IN THE UNITED STATES DISTRICT COURT FOR
## THE SOUTHERN DISTRICT OF TEXAS
### BROWNSVILLE DIVISION

|  |  |  |
|---|---|---|
| DIRECTV, Inc.,<br>Plaintiff, | §<br>§<br>§ |  |
| V. | §<br>§ |  |
| HENRY AYALA, PAUL CANTU,<br>CELINDA CARRANZA, OMAR<br>TREVINO A/K/A LINDA CORTEZ,<br>CHRISTOPHER DAVIS, THERESA<br>DECASTRO and DAVID W. FANCHIER<br>Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§ | CIV. NO. B-03-055 |

United States District Court
Southern District of Texas
FILED

AUG 1 5 2003

Michael N. Milby
Clerk of Court

## PLAINTIFF'S NOTICE OF DISMISSAL OF
## DEFENDANT THERESA DE CASTRO, ONLY

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW **DIRECTV, INC.**, Plaintiff in the above entitled cause, and, hereby file this Notice of Dismissal of Defendant, THERESA DE CASTRO, only, and in support thereof would show as follows:

### I.

At this time, Plaintiff no longer desires to prosecute this action and wishes to dismiss its lawsuit against Defendant, THERESA DE CASTRO, only.

WHEREFORE, PREMISES CONSIDERED, Plaintiff requests this Court enter an order dismissing Defendant, THERESA DE CASTRO, only, and that all court costs incurred herein be taxed against the party incurring same.

Respectfully submitted,

RODRIGUEZ, COLVIN & CHANEY, L.L.P.

By: _Lecia Chaney_____
    **Lecia L. Chaney**
    State Bar No. 00785757

1201 E. Van Buren St.
P.O. Box 2155
Brownsville, Texas 78522
Telephone: (956) 542-7441
Telefax    : (956) 541-2170

**OF COUNSEL:**

**Robert A. Swofford**
Federal ID No. 19403
Texas State Bar No. 00791765
**Kelly-Ann F. Clarke**
Federal ID No. 27195
Texas State Bar No. 24027929
**Joseph R. Russo, Jr.**
Federal ID No. 22559
Texas State Bar No. 24002879
**Joe A. C. Fulcher**
Federal ID No. 14126
Texas State Bar No. 07509320
**GREER, HERZ & ADAMS, L.L.P**
One Moody Plaza, 18th Floor
Galveston, Texas 77550
(409) 797-3200 Telephone
(409) 766-6424 Facsimile

## CERTIFICATE OF SERVICE

This is to certify that on the 15th of August, 2003, I served the foregoing Notice of Non-Suit on opposing counsel or pro se defendant in the foregoing matter by depositing a copy of same in the United States Mail in a properly addressed envelope with adequate postage thereon as follows or by facsimile transmission as follows:

Mr. Ricardo Adobbati                    **Via Fax: (956) 544-6883**
Attorney & Counselor At Law
134 E. Price Road
Brownsville, Tx 78521
Attorney for Defendant, Henry Ayala

Mr. Michael J. Blanchard                **Via Fax: (956) 542-4370**
Royston Rayzor, Vickery & Williams
55 Cove Circle
Brownsville, Tx 78521
Attorney for Defendant, Celinda Carranza

Mr. David Sibley                                    **Via Fax: (877) 582-7477**
Attorney at Law
P.O. Box 9610
719 N. Upper Broadway
Corpus Christi,  TX  78469-9610
Attorney for Defendant, David W. Franchier

Ms. Theresa De Castro                              **Via Regular Mail**
7030 Adbury Drive
Corpus Christi, Tx  78413
Pro Se


_____
Lecia L. Chaney

LAW OFFICES OF

SHADDOX, COMPERE, WALRAVEN & GOOD

PROFESSIONAL CORPORATION

STEPHEN E. WALRAVEN

THE NORTH FROST CENTER
1250 N.E. LOOP 410, SUITE 725
SAN ANTONIO, TEXAS 78209

TELEPHONE (210) 822-2018
FACSIMILE (210) 822-4068

August 14, 2003

**VIA FEDERAL EXPRESS DELIVERY**

Mr. Juan Barbosa
United States District Clerk
Brownsville Division
1158 Federal Building
600 E. Harrison St.
Brownsville, Texas 78520-7114

RE:    **Civil Action No. B-003-047**
       *San Benito Consolidated Independent School District vs.*
       *Companion Life Insurance Company, et al*
       **Our File No.  5145.001**

Dear Mr. Barbosa:

Enclosed please find the original and one copy of Plaintiff San Benito Consolidated Independent School District's Response to Defendant J. Allan Hall's Motion for Summary Judgment. Please file the original and one copy of this Response with the papers in the captioned cause.

An extra copy of this Response is enclosed for file-stamping and returning to me in the enclosed self-addressed and stamped envelope.

Thank you for your assistance in this matter.

Sincerely yours,

STEPHEN E. WALRAVEN

SEW/gb
Enclosures

cc:    All Counsel of Record