IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| DIRECTV, Inc.,<br>Plaintiff, | § § § | |
| V. | § § § | |
| HENRY AYALA, PAUL CANTU,<br>CELINDA CARRANZA, OMAR<br>TREVINO A/K/A LINDA CORTEZ,<br>CHRISTOPHER DAVIS, THERESA<br>DECASTRO and DAVID W. FANCHIER<br>Defendants. | § § § § § § § | CIV. NO. B-03-055 |

United States District Court
Southern District of Texas
ENTERED

AUG 2 0 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

### ORDER GRANTING PLAINTIFFS' DISMISSAL OF DEFENDANT THERESA DE CASTRO, ONLY

CAME ON BEFORE THE COURT **DIRECTV, INC.** Plaintiff herein, by and through its attorneys of record, having informed the Court that it no longer wishes to pursue its claim against THERESA DE CASTRO, only, in this matter and that it has prayed that its claims against THERESA DE CASTRO, only, be dismissed and it appearing to the Court that the dismissal should be made as prayed,

NOW, THEREFORE, IT IS ORDERED, ADJUDGED and DECREED, that the Non-Suit Of All Claims Against THERESA DE CASTRO, only, by **DIRECTV, INC.**, Plaintiff herein, is hereby GRANTED, that all claims of this party in this cause against THERESA DE CASTRO, Only, are Dismissed with costs herein to be taxed against the party incurring same.

DONE this 19th day of August, 2003.

_____
UNITED STATES DISTRICT JUDGE

Copies to:
Lecia L. Chaney
RODRIGUEZ, COLVIN & CHANEY, L.L.P.
1201 E. Van Buren
Brownsville, TX 78522

PLTS. NOTICE OF DISMISSAL OF THERESA DE CASTRO　　　　PAGE - 4 -