# United States District Court

SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

27

United States District Court
Southern District of Texas
FILED

AUG 0 7 2003

Michael N. Milby
Clerk of Court

DIRECTV, INC.

    Plaintiff

VS.

HENRY AYALA, PAUL CANTU,
CELINDA CARRANZA, OMAR
TREVINO A/K/A LINDA CORTEZ,
CHRISTOPHER DAVIS, THERESA
DECASTRO AND DAVID W. FANCHIER

    Defendants

SUMMONS IN A CIVIL CASE:

CASE NUMBER: B-03-055

TO:   THERESA DECASTRO
       7030 ADBURY DRIVE
       CORPUS CHRISTI, TX 78413

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY:

Greer, Herz & Adams, L.L.P.
One Moody Plaza
18th Floor
Galveston, TX 77550
(409) 797-3200

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael N. Milby, Clerk                  5-9-03

CLERK                                              DATE

BY DEPUTY CLERK

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me¹ | DATE |
| NAME OF SERVER | TITLE |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant.
   Place where served: _____
   _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
   Name of person with whom the summons and complaint were left: _____
   _____

☐ Returned unexecuted: _____
   _____
   _____

☐ Other (specify): _____
   _____
   _____

*SEE ATTACHED ORIGINAL RETURN OF SERVICE*

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____        _____
                    Date                                                *Signature of Server*

                                          _____
                                                    *Address of Server*

## AFFIDAVIT OF SERVICE

COUNTY: FEDERAL          CASE # B-03-055          COURT
                                                 Clt. Ref.# ROBERT SWOFFO  Clt.#  9460

DIRECTV, INC

VS

HENRY AYALA, PAUL CANTU, CELINDA CARRANZA, OMAR TREVINO A/K/A
LINDA CORTEZ, CHRISTOPHER DAVIS, THERESA DECASTRO AND
DAVID W FANCHIER

United States District Court
Southern District of Texas
FILED

AUG 0 7 2003

Michael N. Milby
Clerk of Court

The documents came to hand for service on 06/27/03  Time: 10:00:00

Documents received for service:

**SUMMONS, COMPLAINT, CIVIL COVER SHEET,
ORDER FOR CONFERENCE**

The documents were delivered on **07/01/03**  Time: **20:20:00**

Executed at: 7030 Adbury Drive
             Corpus Christi, TX 78413
to the following: **Decastro, Theresa**

\_\_X\_\_  PERSONALLY delivering the document(s) to the person above.
\_\_\_\_\_  SUBSTITUTE SERVICE per Order by delivering to _____in person
        who is sixteen (16) years of age or older, at the above listed address which is the
        usual place of abode/business of the above named person.
\_\_\_\_\_  POSTING per Order by securely affixing to the main entry way at the above address.

**AFFIDAVIT**

I, Charles Allen                    ,am over the age of eighteen, and am neither a
party to nor interested in the outcome of the above suit. I HAVE PERSONAL KNOWLEDGE OF THE
FACTS SET FORTH ABOVE. I have never been convicted of a felony or misdemeanor involving
moral turpitude in any state OR federal jurisdicition, and I have studied and am familiar
with TEXAS RULES OF CIVIL PROCEDURE, VERNON'S TEXAS STATUTES, CIVIL PRACTICE AND REMEDIES
CODE and all other applicable rules and statutes relating to service of citation and/or
notices I am authorized by written order of the court to serve citations and other notices.

Service Fee:_____          Charles Allen
                                 Professional Civil Process
Witness Fee Tendered:_____  317 Peoples Street Suite 400
                                 P.O. Box 181293 (78480-1293)
STATE OF TEXAS}                  Corpus Christi, Tx. 78401
              VERIFICATION

Before me, a notary public, on this day personally appeared the above named authorized
person known to me to be the person whose name is subscribed to the foregoing document
and, being by me first duly sworn stated that he has personal knowledge of the facts set
forth in the foregoing affidavit and declared that the facts therein contained are true
and correct. Given my hand and seal of office this \_\_1\_ day of \_\_July\_\_ 200\_3\_.

PCP Inv. #C0603 304
                                 _____
                                 NOTARY PUBLIC FOR THE STATE OF TEXAS



E. BIER
NOTARY PUBLIC STATE OF TEXAS
COMMISSION EXPIRES:
SEPTEMBER 14, 2006