29

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS DIVISION
## BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

SEP 2 4 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

DIRECTV, INC.                               *

vs                                          *    CIVIL ACTION NO. B03-055

HENRY AYALA, ET AL                          *


TAKE NOTICE THAT A PROCEEDING IN THIS CAUSE OF ACTION HAS
BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW:

### Status Conference

**October 31, 2003, at 9:00 a.m.**


**BEFORE THE HONORABLE U.S. MAGISTRATE JUDGE FELIX RECIO**


PLACE:       U.S. Federal Building & Courthouse
             600 E. Harrison, 2nd Floor
             Brownsville, TX 78520


**BY ORDER OF THE COURT**


September 22, 2003


cc:    All Parties