IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED
OCT 0 1 2003
Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| DIRECTV, Inc., <br> Plaintiff, <br><br> V. <br><br> HENRY AYALA, PAUL CANTU, CELINDA CARRANZA, OMAR TREVINO A/K/A LINDA CORTEZ, CHRISTOPHER DAVIS, THERESA DECASTRO and DAVID W. FANCHIER <br> Defendants. | § § § § § § § § § § § § | CIV. NO. B-03-055 |

## MOTION TO DISMISS WITH PREJUDICE

DIRECTV has resolved all matters in this lawsuit against Defendant CELINDA CARRANZA. Accordingly, DIRECTV requests that Plaintiff's claims against Defendant CELINDA CARRANZA be dismissed in their entirety and *with prejudice*.

WHEREFORE, DIRECTV requests that this motion be granted, that this lawsuit be dismissed *with prejudice* against CELINDA CARRANZA and that all costs and expenses, including attorneys' fees, be borne by the party incurring same.

Respectfully submitted,

RODRIGUEZ, COLVIN & CHANEY, LLP

By: _____
Lecia Chaney
Attorney in Charge
Federal ID No. 16499
Texas State Bar No. 00785757

P.O. Box 2155
1201 E. Van Buren
Brownsville, TX 78522
(956) 542-7441
(956) 541-2170 Fax

ATTORNEY IN CHARGE FOR PLAINTIFF,
DIRECTV, INC.

## CERTIFICATE OF CONFERENCE

I contacted Celinda Carranza and she is not opposed to being dismissed from this lawsuit with prejudice.

_____
Lecia Chaney

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served upon all counsel of record, to-wit:

| | |
|---|---|
| Mr. Ricardo Adobbati<br>Attorney & Counselor At Law<br>134 E. Price Road<br>Brownsville, Tx  78521<br>Attorney for Defendant, Henry Ayala | Via Fax:  (956) 544-6883 |
| Mr. Michael J. Blanchard<br>Royston Rayzor, Vickery & Williams<br>55 Cove Circle<br>Brownsville, Tx  78521<br>Attorney for Defendant, Celinda Carranza | Via Fax:  (956) 542-4370 |
| Mr. David Sibley<br>Attorney at Law<br>P.O. Box 9610<br>719 N. Upper Broadway<br>Corpus Christi, TX  78469-9610<br>Attorney for Defendant, David W. Franchier | Via Fax:  (877) 582-7477 |

by certified mail, return receipt requested, facsimile transmission, and/or hand delivery pursuant to the Texas Rules of Civil Procedure on this the 30 day of September, 2003.

_____
Lecia L. Chaney

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| DIRECTV, Inc.,<br>Plaintiff,<br><br>V.<br><br>HENRY AYALA, PAUL CANTU,<br>CELINDA CARRANZA, OMAR<br>TREVINO A/K/A LINDA CORTEZ,<br>CHRISTOPHER DAVIS, THERESA<br>DECASTRO and DAVID W. FANCHIER<br>Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIV. NO. B-03-055 |

## ORDER GRANTING
## MOTION TO DISMISS WITH PREJUDICE

CAME ON to be heard on this day DIRECTV's Motion to Dismiss with Prejudice, in which the Plaintiff advises the Court that it has resolved all matters in dispute in this lawsuit against CELINDA CARRANZA and requested that Plaintiff's claims against Defendant CELINDA CARRANZA **only** be dismissed in their entirety and *with prejudice*. The Court, having considered the plaintiff's motion, is of the opinion that it should be granted.

IT IS THEREFORE ORDERED that Plaintiff's lawsuit against Defendant CELINDA CARRANZA is hereby dismissed *with prejudice*; and, IT IS FURTHER ORDERED that all costs and expenses, including attorneys' fees, are to be borne by the party incurring same.

Signed this ____ day of September, 2003 in Brownsville, Texas.

_____
HONORABLE HILDA G. TAGLE