IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| DIRECTV, Inc., <br> Plaintiff, <br><br> V. <br><br> HENRY AYALA, PAUL CANTU, CELINDA CARRANZA, OMAR TREVINO A/K/A LINDA CORTEZ, CHRISTOPHER DAVIS, THERESA DECASTRO and DAVID W. FANCHIER <br> Defendants. | § § § § § § § § § § § § | CIV. NO. B-03-055 |

United States District Court
Southern District of Texas
ENTERED
OCT 0 7 2003
Michael N. Milby, Clerk of Court
By Deputy Clerk _____

## ORDER GRANTING
## MOTION TO DISMISS WITH PREJUDICE

CAME ON to be heard on this day DIRECTV's Motion to Dismiss with Prejudice, in which the Plaintiff advises the Court that it has resolved all matters in dispute in this lawsuit against CELINDA CARRANZA and requested that Plaintiff's claims against Defendant CELINDA CARRANZA **only** be dismissed in their entirety and *with prejudice*. The Court, having considered the plaintiff's motion, is of the opinion that it should be granted.

IT IS THEREFORE ORDERED that Plaintiff's lawsuit against Defendant CELINDA CARRANZA is hereby dismissed *with prejudice*; and, IT IS FURTHER ORDERED that all costs and expenses, including attorneys' fees, are to be borne by the party incurring same.

Signed this ___ day of ~~September~~ October, 2003 in Brownsville, Texas.

_____
HONORABLE HILDA G. TAGLE