```
COURTROOM MINUTES: Felix Recio Judge Presiding
                   Southern District of Texas, Brownsville Division

Courtroom Clerk    :    M Garcia
ERO                :    B Pinales
CSO                :    Figueroa
Law Clerk          :    M Knicely
Interpreter        :    not needed
Date               :    October 31, 2003 at 9;00 a.m.
```

United States District Court
Southern District of Texas
FILED

OCT 3 1 2003

Michael N. Milby
Clerk of Court

---

**CIVIL CASE NO. B-03-55**

**DIRECTV, INC.**                    *           Lecia Chaney

vs                                   *

Henry Ayala et al                    *

---

### SCHEDULING CONFERNECE

Lecia Chaney present for Plaintiff;
Ricardo Adobbati present for Henry Ayala;
No other defendants are present;

Ms Chaney provides a status as to each defendant;
Counsel states she will be filing a Motion to Dismiss for defendants Omar Trevino and Celinda Carranza;
Counsel announced settlement for defendants David W Fanchier, Paul Cantu and Christopher Davis;

Ms Chaney and Mr Adobbati, Counsel for defendant Ayala have agreed to trial dates and have executed and filed a Consent to Proceed before a Magistrate Judge;

Court adjourned.