| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

| DIRECTV, INC. | § | |
|---|---|---|
| VS | § | CIVIL ACTION NO. B-03-055 |
| HENRY AYALA ET AL | § | (~~Judge Tagle~~) 636(c) |

## SCHEDULING ORDER

1. Trial: Estimated time to try: **3** days.   ☐ Bench  ☒ Jury

2. New parties must be joined by: _____
   *Furnish a copy of this scheduling order to newparties.*

3. The plaintiff(s)' experts will be named with a report furnished by:   **12/01/03**

4. The defendant(s)' experts must be named with a report furnished within 30 days of the deposition of the plaintiff(s)' expert.   **12/15/03**

5. Discovery must be completed by:   **02/02/04**
   *Counsel may agree to continue discovery beyond the deadline, but there will be no intervention by the Court. No continuances will be granted because of information acquired in post-deadline discovery.*

******************* The court will provide these dates. *********************

6. Dispositive Motions will be filed by:   **02/02/04**

7. Joint pretrial order is due:   **02/17/04**
   *The plaintiff(s) is responsible for filing the pretrial order on time.*

8. Docket call and final pretrial conference before Judge ~~Tagle~~ Recio is set for ~~1:30~~ p.m. on:   **04/01/04**
   2:00

9. The jury selection before Judge ~~Tagle~~ Recio is set for 9:00 a.m. on:   **04/05/04**

The case will remain on standby until tried.

Signed ___**OCTOBER 31, 2003**___, at Brownsville, Texas.

_____
Felix Recio
United States Magistrate Judge

*Stamp:* United States District Court Southern District of Texas ENTERED NOV 0 4 2003 Michael N. Milby, Clerk of Court By Deputy Clerk