IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| DIRECTV, Inc., <br> Plaintiff, | § § § § § | |
| V. | § § § § § § § § § | CIV. NO. B-03-055 |
| HENRY AYALA, PAUL CANTU, CELINDA CARRANZA, OMAR TREVINO A/K/A LINDA CORTEZ, CHRISTOPHER DAVIS, THERESA DECASTRO and DAVID W. FANCHIER <br> Defendants. | | |

United States District Court
Southern District of Texas
FILED

NOV 0 4 2003

Michael N. Milby
Clerk of Court

### PLAINTIFF'S NOTICE OF DISMISSAL OF DEFENDANT OMAR TREVINO ONLY

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW **DIRECTV, INC.**, Plaintiff in the above entitled cause, and, hereby file this Notice of Dismissal of Defendant, OMAR TREVINO, only, and in support thereof would show as follows:

I.

At this time, Plaintiff no longer desires to prosecute this action and wishes to dismiss its lawsuit, without prejudice, against Defendant, OMAR TREVINO, only.

WHEREFORE, PREMISES CONSIDERED, Plaintiff requests this Court enter an order dismissing Defendant, OMAR TREVINO, without prejudice, and that all court costs incurred herein be taxed against the party incurring same.

Respectfully submitted,

RODRIGUEZ, COLVIN & CHANEY, L.L.P.

By: _____
Lecia L. Chaney
State Bar No. 00785757

1201 E. Van Buren St.<br>
P.O. Box 2155<br>
Brownsville, Texas 78522<br>
Telephone: (956) 542-7441<br>
Telefax  : (956) 541-2170

**OF COUNSEL:**

**Robert A. Swofford**
Federal ID No. 19403
Texas State Bar No. 00791765
**Kelly-Ann F. Clarke**
Federal ID No. 27195
Texas State Bar No. 24027929
**Joseph R. Russo, Jr.**
Federal ID No. 22559
Texas State Bar No. 24002879
**Joe A. C. Fulcher**
Federal ID No. 14126
Texas State Bar No. 07509320
**GREER, HERZ & ADAMS, L.L.P**
One Moody Plaza, 18th Floor
Galveston, Texas 77550
(409) 797-3200 Telephone
(409) 766-6424 Facsimile


### CERTIFICATE OF SERVICE

This is to certify that on the 4th day of November, 2003, I served the foregoing Notice of Dismissal on opposing counsel or pro se defendant in the foregoing matter by depositing a copy of same in the United States Mail in a properly addressed envelope with adequate postage thereon as follows or by facsimile transmission as follows:

| | |
|---|---|
| Mr. Ricardo Adobbati<br>Attorney & Counselor At Law<br>134 E. Price Road<br>Brownsville, Tx 78521<br>Attorney for Defendant, Henry Ayala | Via Fax: (956) 544-6883 |
| Mr. David Sibley<br>Attorney at Law<br>P.O. Box 9610<br>719 N. Upper Broadway<br>Corpus Christi, TX 78469-9610<br>Attorney for Defendant, David W. Franchier | Via Fax: (877) 582-7477 |

John Blaylock
Attorney at Law
2255 Barnard #C
Brownsville, TX 78520

_____
Lecia L. Chaney