IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| DIRECTV, Inc., <br> Plaintiff, <br><br> V. <br><br> HENRY AYALA, PAUL CANTU, <br> CELINDA CARRANZA, OMAR <br> TREVINO A/K/A LINDA CORTEZ, <br> CHRISTOPHER DAVIS, THERESA <br> DECASTRO and DAVID W. FANCHIER <br> Defendants. | § <br> § <br> § <br> § <br> § <br> § CIV. NO. B-03-055 <br> § <br> § <br> § <br> § <br> § |

United States District Court
Southern District of Texas
ENTERED

NOV 1 3 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

### ORDER GRANTING PLAINTIFFS' DISMISSAL OF DEFENDANT OMAR TREVINO, ONLY

CAME ON BEFORE THE COURT **DIRECTV, INC.** Plaintiff herein, by and through its attorneys of record, having informed the Court that it no longer wishes to pursue its claim against OMAR TREVINO, only, in this matter and that it has prayed that its claims against OMAR TREVINO, only, be dismissed *without prejudice* and it appearing to the Court that the dismissal should be made as prayed,

NOW, THEREFORE, IT IS ORDERED, ADJUDGED and DECREED, that the Dismissal Of All Claims Against OMAR TREVINO, only, by **DIRECTV, INC.,** Plaintiff herein, is hereby GRANTED WITHOUT PREJUDICE, that all claims of this party in this cause against OMAR TREVINO, Only, are Dismissed with costs herein to be taxed against the party incurring same.

DONE this ___12___ day of ___November___, 2003.

_____
UNITED STATES DISTRICT JUDGE