United States District Court
Southern District of Texas
ENTERED

DEC 0 4 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| DIRECTV, INC. | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-03-055 |
| | § | |
| HENRY AYALA, PAUL CANTU, | § | |
| CELINDA CARRANZA, OMAR TREVINO, | § | |
| CHRISTOPHER DAVIS, THERESA | § | |
| DECASTRO, and DAVID W. FANCHIER | § | |
| Defendants. | § | |

## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION REGARDING DEFENDANT AYALA'S MOTION TO DISMISS

Currently pending before the Court is Defendant Henry Ayala's Motion to Dismiss Count III of Plaintiff's Complaint (Docket No. 15). This Court recommends that the Defendant's Motion to Dismiss be DENIED WITHOUT PREJUDICE. It is further recommended that the Defendant be granted leave to refile his motion at a future stage of these proceedings, if he so desires.

This Court's recommendation is based solely on reasons of court administration and, more specifically, was undertaken for the purpose of keeping the "Six Month List" clear of pending matters. Both parties, through their counsel, were notified of this Court's intention to recommend to the district court the actions herein discussed. No objections were offered in open court.

A party's failure to file written objections to the proposed findings, conclusions, and recommendation in a magistrate judge's report and recommendation within 10 days after being served with a copy shall bar that party, except upon grounds of plain error, from attacking on

appeal the unobjected-to proposed factual findings and legal conclusions accepted by the district court, provided that the party has been served with notice that such consequences will result from a failure to object. *Douglass v. United Services Auto. Ass'n*, 79 F.3d 1415, 1428-29 (5th Cir. 1996).

DONE at Brownsville, Texas, this ___/s/___ day of December, 2003.

Felix Recio
United States Magistrate Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| DIRECTV, INC. <br>     Plaintiff, <br><br> v. <br><br> HENRY AYALA, PAUL CANTU, <br> CELINDA CARRANZA, OMAR TREVINO, <br> CHRISTOPHER DAVIS, THERESA <br> DECASTRO, and DAVID W. FANCHIER <br>     Defendants. | § § § § § § § § § § | CIVIL ACTION NO. B-03-055 |

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION REGARDING DEFENDANT AYALA'S MOTION TO DISMISS

Before the Court is the Magistrate Judge's Report and Recommendation Regarding Defendant Ayala's Motion to Dismiss in the above-referenced cause of action. After a de novo review of the file, the Magistrate Judge's Report and Recommendation is hereby ADOPTED. The Defendant's Motion to Dismiss Count III of Plaintiff's Complaint (Docket No. 15) is hereby DENIED WITHOUT PREJUDICE. The Defendant will be granted leave to refile his motion at a future stage of these proceedings, if he so desires.

DONE at Brownsville, Texas this _____ day of _____, 2003.

                                                                                    Hilda Tagle <br>
                                                                                     United States District Judge