United States District Court
Southern District of Texas
ENTERED

JAN 2 8 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| DIRECTV, INC. | § | |
|    Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-03-055 |
| | § | |
| HENRY AYALA, PAUL CANTU, | § | |
| CELINDA CARRANZA, OMAR TREVINO, | § | |
| CHRISTOPHER DAVIS, THERESA | § | |
| DECASTRO, and DAVID W. FANCHIER | § | |
|    Defendants. | § | |

### ORDER ON DEFENDANT AYALA'S MOTION TO DISMISS
### AND THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Currently pending before the Court is the Magistrate Judge's Report and Recommendation Regarding Defendant Ayala's Motion to Dismiss in the above-referenced cause of action. After a de novo review of the file, the Court is of the opinion that the course of action recommended by the Magistrate Judge is appropriate. Therefore, to the extent that the Report and Recommendation is consistent with the reasoning set out below, the Report and Recommendation is hereby ADOPTED.

The issues presented in Defendant's Motion to Dismiss will ultimately affect every Directv case filed in this Brownsville Division of the Southern District of Texas. Due to the large number of Directv cases currently pending in this jurisdiction –and the potential for more such cases to be filed in the future– the Court is of the opinion that the issues raised in Defendant's Motion to Dismiss Count III of Plaintiff's Complaint (Docket No. 15) would be more properly addressed, not on a piecemeal basis, but after each of the various parties in the various Directv lawsuits have had an opportunity to present dispositive motions.

Accordingly, Defendant's Motion to Dismiss Count III of Plaintiff's Complaint (Docket No.

15) is hereby DENIED WITHOUT PREJUDICE. Defendant is also hereby granted leave to refile his motion to dismiss on or before March 2, 2004. Thereafter, the Court will then rule on whether Count III of Directv's complaint states a cause of action.

IT IS SO ORDERED.

DONE at Brownsville, Texas this 23rd day of January, 2004.

Hilda G. Tagle
United States District Judge