IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

FEB 0 3 2004

Michael N. Milby
Clerk of Court

| | |
|---|---|
| DIRECTV, Inc., <br> Plaintiff, <br><br> V. <br><br> HENRY AYALA, PAUL CANTU, CELINDA CARRANZA, OMAR TREVINO A/K/A LINDA CORTEZ, CHRISTOPHER DAVIS, THERESA DECASTRO and DAVID W. FANCHIER <br> Defendants. | § § § § § § § § § § § § § §  CIV. NO. B-03-055 |

## MOTION TO DISMISS WITH PREJUDICE

DIRECTV has resolved all matters in this lawsuit against Defendant DAVID W. FANCHIER. Accordingly, DIRECTV requests that Plaintiff's claims against Defendant DAVID W. FANCHIER be dismissed in their entirety and *with prejudice*.

WHEREFORE, DIRECTV requests that this motion be granted, that this lawsuit be dismissed *with prejudice* against DAVID W. FANCHIER and that all costs and expenses, including attorneys' fees, be borne by the party incurring same.

Respectfully submitted,

RODRIGUEZ, COLVIN, CHANEY
& SAENZ, LLP

By: _/s/ Lecia Chaney_
**Lecia L. Chaney**
Attorney in Charge
Federal ID No. 16499
Texas State Bar No. 00785757
**Christopher E. Moore**
State Bar No. 24011075
Fed. I.D. #36611

P.O. Box 2155
1201 E. Van Buren
Brownsville, TX 78522
(956) 542-7441
(956) 541-2170 Fax

ATTORNEY IN CHARGE FOR PLAINTIFF,
DIRECTV, INC.

## CERTIFICATE OF CONFERENCE

I contacted Ricardo Adobbati and David Sibley and they are not opposed to this dismissal with prejudice.

_____
Lecia L. Chaney

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served upon all counsel of record, to-wit:

| | |
|---|---|
| Mr. Ricardo Adobbati<br>Attorney & Counselor At Law<br>134 E. Price Road<br>Brownsville, Tx 78521<br>Attorney for Defendant, Henry Ayala | Via Fax: (956) 544-6883 |
| Mr. David Sibley<br>Attorney at Law<br>P.O. Box 9610<br>719 N. Upper Broadway<br>Corpus Christi, TX 78469-9610<br>Attorney for Defendant, David W. Franchier | Via Fax: (877) 582-7477 |

by certified mail, return receipt requested, facsimile transmission, and/or hand delivery pursuant to the Texas Rules of Civil Procedure on this the 3rd day of February, 2004.

_____
Lecia L. Chaney