IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

FEB 1 7 2004

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| DIRECTV, Inc., Plaintiff, | § § § | |
| V. | § § | CIV. No. B-03-255 |
| HENRY AYALA Defendant. | § § | |

### MOTION TO ENLARGE TIME FOR FILING OF THE JOINT PRE-TRIAL ORDER AND REQUEST TO MEDIATE (UNOPPOSED)

TO THE HONORABLE JUDGE OF THIS COURT:

Comes now, Plaintiff, DIRECTV, Inc. and, pursuant to F.R.C.P. 6(b) files this Motion to Enlarge Time and respectfully requests that the deadline for filing the Joint Pre-Trial Order be extended from its current due date of February 17, 2004 for no less than 60 (sixty) days and shows the court the following grounds for its request.

The Parties Joint Pre-Trial Order is due February 17, 2004. Plaintiff requests an additional 60 (sixty) days in order to conduct a formal mediation in an attempt to resolve this case. Although the parties have engaged in informal settlement negotiations with Defendant Henry Ayala, through counsel, it is believed that a formal mediation will be more fruitful.[1]

It is believed that with additional time, Plaintiff may be able to resolve this matter against this Defendant. Plaintiff requests the addition of time to file the joint pre-trial so that the parties can participate in a formal mediation.

Defendant will not be prejudiced by this extension as it benefits him equally.

DIRECTV respectfully requests that it be afforded an additional sixty (60) days in which to take the Defendant's deposition and to participate in a formal mediation. This Motion is supported by an Affidavit attached hereto and incorporated throughout by reference.

---

[1] Defendant Ayala is the only remaining Defendant in this case.

MOTION TO ENLARGE TIME FOR FILING OF THE JOINT PRE-TRIAL ORDER                                     PAGE 1

IN CONCLUSION, DIRECTV requests that an extension of no less than sixty (60) days be given to complete the joint pre-trial report. This request is made not to delay justice but in order for justice to occur.

Respectfully submitted,

RODRIGUEZ, COLVIN, CHANEY & SAENZ, L.L.P.

By: /s/ Lecia Chaney
Lecia L. Chaney
State Bar No. 00785757
Fed. I.D. #16499
**Christopher E. Moore**
State Bar No. 24011075
Fed. I.D. #36611

1201 E. Van Buren St.
P.O. Box 2155
Brownsville, Texas 78522
Telephone: (956) 542-7441
Telefax   : (956) 541-2170

OF COUNSEL:

GREER, HERZ & ADAMS, LLP

**Joe A.C. Fulcher**
Federal ID No. 14126
St. Bar No. 07509320
**Kelly-Ann F. Clarke**
Federal ID No. 27195
St. Bar No. 24027929
**Robert A. Swofford**
Federal ID No. 19403
St. Bar No. 00791765
**Joseph R. Russo, Jr.**
Federal ID No. 22559
St. Bar No. 24002879
One Moody Plaza, 18th Floor
Galveston, Tx 77550
(409) 797-3200 (telephone)
(409) 766-6424 (telecopier)

## CERTIFICATE OF CONFERENCE

On the 16th[h] day of February, 2004, I contacted Ricardo Adobatti and he is not opposed to this Motion.

_____
Lecia L. Chaney

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served upon all counsel of record, to-wit:

**Ricardo Adobatti**
**134 E. Price Rd**
**Brownsville, TX 78521**

Attorney for Defendant, Henry Ayala

by certified mail, return receipt requested, facsimile transmission, and/or hand delivery pursuant to the Federal Rules of Civil Procedure on this the __17__ day of February, 2004.

_____
Lecia L. Chaney

STATE OF TEXAS § § §

COUNTY OF CAMERON § §

BEFORE ME, the undersigned authority, on this day personally appeared Lecia L. Chaney, who is personally known to me, and being first duly sworn according to law, upon her oath, deposed and said:

"My name is Lecia L. Chaney. I am over eighteen (18) years of age and reside in Cameron County, Texas. I have been licensed to practice law in the State of Texas since 1993 and am currently practicing law throughout the State of Texas and in federal courts within the United States. I am a partner with the law firm of Rodriguez, Colvin, Chaney & Saenz, L.L.P. and act as attorney for DIRECTV, Inc. ("DIRECTV"), in this lawsuit. I attest that the information contained in this Motion is true and correct.

FURTHER, AFFIANT SAITH NOT."

_____
Lecia L. Chaney

SUBSCRIBED AND SWORN TO BEFORE ME, on this the 17th day of February 2004, to certify which witness my hand and official seal.

_____
NOTARY PUBLIC in and for
The State of Texas