IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| DIRECTV, Inc., <br>     Plaintiff, <br><br> V. <br><br> HENRY AYALA, PAUL CANTU, <br> CELINDA CARRANZA, OMAR <br> TREVINO A/K/A LINDA CORTEZ, <br> CHRISTOPHER DAVIS, THERESA <br> DECASTRO and DAVID W. FANCHIER <br>     Defendants. | § § § § § § § § § § § § | CIV. NO. B-03-055 |

United States District Court
Southern District of Texas
FILED

FEB 19 2004

Michael N. Milby
Clerk of Court

## MOTION TO DISMISS WITH PREJUDICE

DIRECTV has resolved all matters in this lawsuit against Defendant CHRISTOPHER DAVIS. Accordingly, DIRECTV requests that Plaintiff's claims against Defendant CHRISTOPHER DAVIS be dismissed in their entirety and *with prejudice*.

WHEREFORE, DIRECTV requests that this motion be granted, that this lawsuit be dismissed *with prejudice* against CHRISTOPHER DAVIS and that all costs and expenses, including attorneys' fees, be borne by the party incurring same.

Respectfully submitted,

RODRIGUEZ, COLVIN, CHANEY &
SAENZ, LLP

By: /s/ Lecia Chaney
Lecia L. Chaney
Attorney in Charge
Federal ID No. 16499
Texas State Bar No. 00785757
**Christopher E. Moore**
State Bar No. 24011075
Fed. I.D. #36611

P.O. Box 2155
1201 E. Van Buren
Brownsville, TX 78522
(956) 542-7441
(956) 541-2170 Fax

ATTORNEY IN CHARGE FOR PLAINTIFF,
DIRECTV, INC.

## CERTIFICATE OF CONFERENCE

I contacted Christopher Davis and he is not opposed to being dismissed from this lawsuit with prejudice.

_____
Lecia L. Chaney

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served upon all counsel of record, to-wit:

Mr. Ricardo Adobbati                           Via Fax: (956) 544-6883
Attorney & Counselor At Law
134 E. Price Road
Brownsville, Tx 78521
Attorney for Defendant, Henry Ayala

by certified mail, return receipt requested, facsimile transmission, and/or hand delivery pursuant to the Texas Rules of Civil Procedure on this the __19__ day of February, 2004.

_____
Lecia L. Chaney