IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAR 2 4 2004

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| DIRECTV, Inc., | § | |
| | § | |
| Plaintiff, | § | |
| | § | No. CIV. B-03-055 |
| v. | § | |
| | § | |
| HENRY AYALA, et. al., | § | |
| | § | |
| Defendant | § | |

## PLAINTIFF DIRECTV'S MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT (UNOPPOSED)

Plaintiff, DIRECTV, Inc. ("DIRECTV"), by and through its attorneys, file its Motion for Leave to File Its First Amended Complaint, as follows:

Plaintiff desires to file its First Amended Complaint, attached hereto as Exhibit "A" hereto. In its First Amended Complaint, Plaintiff dismisses Count III that alleges Defendant violated 18 U.S.C. §2512.

WHEREFORE, Plaintiff requests that the court grant the requested leave and deem the attached Complaint filed.

DATED this 22nd day of March, 2004

Respectfully submitted,

RODRIGUEZ, COLVIN, CHANEY
& SAENZ, L.L.P.

By: _____
Lecia L. Chaney
State Bar No. 00785757
Fed. I.D. #16499

**Christopher E. Moore**
State Bar No. 24011075
Fed. I.D. #

1201 E. Van Buren St.
P.O. Box 2155
Brownsville, Texas 78522
Telephone: (956) 542-7441
Telefax    : (956) 541-2170

OF COUNSEL:

GREER, HERZ & ADAMS, LLP

**Joe A.C. Fulcher**
Federal ID No. 14126
St. Bar No. 07509320
**Kelly-Ann F. Clarke**
Federal ID No. 27195
St. Bar No. 24027929
**Robert A. Swofford**
Federal ID No. 19403
St. Bar No. 00791765
**Joseph R. Russo, Jr.**
Federal ID No. 22559
St. Bar No. 24002879
One Moody Plaza, 18th Floor
Galveston, Tx 77550
(409) 797-3200 (telephone)
(409) 766-6424 (telecopier)

## CERTIFICATE OF CONFERENCE

I spoke to Counsel for Defendant, Henry Ayala, and he is not opposed to this motion or the amended complaint.

Dated: March 22, 2004

*Lecia Chaney*
Lecia Chaney

## CERTIFICATE OF SERVICE

I certify that a copy of this Pleading was sent pursuant to the Federal Rules of Civil Procedure to the following:

> Ricardo M. Adobatti
> 134 E. Price Road
> Brownsville, TX 78521

On the 22 day of March, 2004.

*Lecia Chaney*
Lecia Chaney