50

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAR 2 4 2004

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| DIRECTV, Inc., | § | |
|     Plaintiff, | § | |
| | § | |
| V. | § | |
| | § | |
| HENRY AYALA, PAUL CANTU, | § | CIV. NO. B-03-055 |
| CELINDA CARRANZA, OMAR | § | |
| TREVINO A/K/A LINDA CORTEZ, | § | |
| CHRISTOPHER DAVIS, THERESA | § | |
| DECASTRO and DAVID W. FANCHIER | § | |
|     Defendants. | § | |

## MOTION TO DISMISS WITH PREJUDICE

DIRECTV has resolved all matters in this lawsuit against Defendant PAUL CANTU. Accordingly, DIRECTV requests that Plaintiff's claims against Defendant PAUL CANTU be dismissed in their entirety and *with prejudice*.

WHEREFORE, DIRECTV requests that this motion be granted, that this lawsuit be dismissed *with prejudice* against PAUL CANTU and that all costs and expenses, including attorneys' fees, be borne by the party incurring same.

Respectfully submitted,

RODRIGUEZ, COLVIN, CHANEY &
SAENZ, LLP

By: _Lecia Chaney_
Lecia L. Chaney
Attorney in Charge
Federal ID No. 16499
Texas State Bar No. 00785757
**Christopher E. Moore**
State Bar No. 24011075
Fed. I.D. #36611

MOTION TO DISMISS WITH PREJUDICE

P.O. Box 2155
1201 E. Van Buren
Brownsville, TX 78522
(956) 542-7441
(956) 541-2170 Fax

ATTORNEY IN CHARGE FOR PLAINTIFF,
DIRECTV, INC.


## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served upon all counsel of record, to-wit:

Mr. Ricardo Adobbati
134 E. Price Road
Brownsville, Tx 78521
Attorney for Defendant, Henry Ayala

Mr. John Blaylock
2255 Barnard, Ste. C
Brownsville, Tx 78520


by certified mail, return receipt requested, facsimile transmission, and/or hand delivery pursuant to the Texas Rules of Civil Procedure on this the ___24___ day of March, 2004.

Lecia L. Chaney