51

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

APR 0 2 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

| | | |
|---|---|---|
| DIRECTV, INC. | § | |
|     Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-03-055 |
| | § | (636(c)) |
| HENRY AYALA, PAUL CANTU, | § | |
| CELINDA CARRANZA, OMAR TREVINO, | § | |
| CHRISTOPHER DAVIS, THERESA | § | |
| DECASTRO, and DAVID W. FANCHIER | § | |
|     Defendants. | § | |

## ORDER GRANTING LEAVE TO FILE FIRST AMENDED COMPLAINT AND MOOTING DEFENDANT AYALA'S SECOND MOTION TO DISMISS

Before the Court is the Plaintiff's Motion for Leave to File First Amended Complaint (Docket No. 48). The Court, having considered the motion, finds that it is meritorious and therefore will allow the filing of a First Amended Complaint. Accordingly, Plaintiff's Motion (Docket No. 48) is GRANTED.

The docket sheet for this case shows that Defendant Ayala's Second Motion to Dismiss (Docket No. 46) is currently pending. As discussed above, this order has granted the Plaintiff leave to file an amended complaint. The Plaintiff's new complaint does not include the count Defendant Ayala is seeking to challenge in his motion to dismiss. Therefore, the Defendant's Second Motion to Dismiss (Docket No. 48) is hereby MOOTED.

IT IS SO ORDERED.

DONE in Brownsville, Texas this 30 day of March, 2004.

_____
Felix Recio
United States Magistrate Judge