IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| DIRECTV, INC., <br> Plaintiff | § § § | |
| V. | § § | CIVIL ACTION B-03-055 |
| HENRY AYALA, ET AL <br> Defendants | § § § | |

United States District Court
Southern District of Texas
FILED

AUG 3 1 2004

Michael N. Milby
Clerk of Court

## MOTION TO DISMISS WITHOUT PREJUDICE

COMES NOW **DIRECTV, INC.**, Plaintiff in the above entitled cause, and, hereby files this Notice of Dismissal of Defendant, HENRY AYALA, and in support thereof would show as follows:

### I.

At this time, Plaintiff no longer desires to prosecute this action and wishes to dismiss its lawsuit against Defendant, HENRY AYALA.

WHEREFORE, PREMISES CONSIDERED, Plaintiff requests this Court enter an order dismissing Defendant, HENRY AYALA, and that all court costs incurred herein be taxed against the party incurring same.

Respectfully submitted,

RODRIGUEZ, COLVIN, CHANEY &
SAENZ, LLP

By: _____
**Lecia L. Chaney**
Attorney in Charge
Federal ID No. 16499
Texas State Bar No. 00785757
**Christopher E. Moore**
State Bar No. 24011075
Fed. I.D. #36611

1201 E. Van Buren St.
P.O. Box 2155
Brownsville, Texas 78522
Telephone: (956) 542-7441
Telefax    : (956) 541-2170

ATTORNEY IN CHARGE FOR PLAINTIFF, DIRECTV, INC.

OF COUNSEL:

GREER, HERZ & ADAMS, LLP

**Joe A.C. Fulcher**
Federal ID No. 14126
St. Bar No. 07509320
**Kelly-Ann F. Clarke**
Federal ID No. 27195
St. Bar No. 24027929
**Robert A. Swofford**
Federal ID No. 19403
St. Bar No. 00791765
**Joseph R. Russo, Jr.**
Federal ID No. 22559
St. Bar No. 24002879
One Moody Plaza, 18th Floor
Galveston, Tx  77550
(409) 797-3200 (telephone)
(409) 766-6424 (telecopier)

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served upon all counsel of record or Pro Se Defendant, to-wit:

**Ricardo Adobatti**
134 E. Price Rd
Brownsville, Tx  78521
*Attorney for Defendant Henry Ayala*

by certified mail, return receipt requested, facsimile transmission, and/or hand delivery pursuant to the Federal Rules of Civil Procedure on this the 31st day of August, 2004.

_____
Leola L. Chaney