IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| DIRECTV, INC., Plaintiff | § § § | |
| V. | § § | CIVIL ACTION B-03-055 |
| HENRY AYALA, ET AL Defendants | § § § | |

United States District Court
Southern District of Texas
ENTERED
SEP 0 1 2004
Michael N. Milby, Clerk of Court
By Deputy Clerk

## ORDER GRANTING
## MOTION TO DISMISS WITHOUT PREJUDICE

CAME ON to be heard on this day DIRECTV's Motion to Dismiss Without Prejudice, in which the Plaintiff requests that its claims against Defendant **HENRY AYALA** be dismissed *without prejudice*. The Court, having considered the plaintiff's motion, is of the opinion that it should be granted.

IT IS THEREFORE ORDERED that Plaintiff's lawsuit against Defendant **HENRY AYALA** is hereby dismissed *without prejudice*; and, IT IS FURTHER ORDERED that all costs and expenses, including attorneys' fees, are to be borne by the party incurring same.

Signed this 1st day of September, 2004 in McAllen, Texas.

_____
JUDGE PRESIDING